

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00041-CR

**MILTON LEE GARDNER,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 13074-A

# ORDER

Appellant's First Motion for Extension of Time to File Appellant's Motion for Rehearing is granted. Appellant's motion for rehearing is due October 21, 2015.

PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed September 24, 2015